IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELMO ANTONIO GEORGE, | ) | |
| Reg. No. 63238-019, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-104-WHA |
| | ) | (WO) |
| | ) | |
| DENNIS STAMPER, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER and OPINION**

On December 13, 2016, the Magistrate Judge entered a Recommendation that Petitioner's 28 U.S.C. § 2241 be denied and this case be dismissed with prejudice (Doc. No. 29). No timely objections have been filed to this Recommendation. After a review of the record in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED.

2. The petition for habeas corpus relief is DENIED.

3. This case is DISMISSED with prejudice.

An appropriate Final Judgment will be entered separately.

Done this 9th day of January, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE