IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELMO ANTONIO GEORGE, ) | |
| Reg. No. 63238-019, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-104-WHA |
| ) | (WO) |
| ) | |
| DENNIS STAMPER, ) | |
| ) | |
| Respondent. ) | |

## **FINAL JUDGMENT**

In accordance with the order and opinion of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 9th day of January, 2017.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE